# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

149241 & (17)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTHONY T. LEGION,
      Defendant-Appellant.

SC: 149241
COA: 318976
Wayne CC: 01-003175-FC

_____/

      On order of the Court, the motion to file a pro per supplement to the application for leave to appeal is GRANTED. The application for leave to appeal the March 17, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



Clerk

h1217